UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CR-20703-SCOLA

UNITED STATES OF AMERICA,

vs.

EBONY NESBITT,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO SUPPRESS

THIS CAUSE is before the Court on the Magistrate Judge's Report and Recommendation on Defendant's Motion to Suppress [DE 34] in which the Magistrate Judge recommends denying the Motion. Having reviewed the Report and Recommendation and the record *de novo*, and for the reasons stated on the record on April 3, 2019, it is

ORDERED that:

(1) The above-mentioned Report and Recommendation [DE 34] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order, with the following change: on page 6, paragraph 2, the word "not" should be inserted into the second sentence as follows, "And with respect to Ms. Nesbitt's contention that the agents were in possession of her personnel files during the interview as a way to coerce her cooperation, the agents testified that this was **not** the case."

(2) Defendant's Motion to Suppress [DE 21] is DENIED.

DONE and ORDERED in Miami, Florida, this \_\_3rd\_\_ day of April, 2019.

                                                           _/s/ Patricia A. Seitz_
                                                           PATRICIA A. SEITZ
                                                           UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Torres
        All Counsel of Record